# **EXHIBIT 2**

Case 1:25-cv-03385-AHA    Document 1-2    Filed 09/24/25    Page 2 of 3

# Department of Homeland Security FOIA 2025-HQFO-05375 Acknowledgment

| | |
|---|---|
| From: | foia@hq.dhs.gov <noreply@securerelease.us> |
| Reply-To: | foia@hq.dhs.gov |
| To: | lauren@freedom.press |
| Subject: | Department of Homeland Security FOIA 2025-HQFO-05375 Acknowledgment |
| Date: | Monday, July 07, 2025 11:29 AM |
| Size: | 18 KB |

07/07/2025

SENT VIA E-MAIL TO:  lauren@freedom.press

Lauren Harper
Freedom of the Press Foundation
49 Flatbush Avenue, #1017
Brooklyn, New York 11217

Re:  2025-HQFO-05375

Dear Requester:

This letter acknowledges receipt of your 7/2/2025, Freedom of Information Act (FOIA) request to the Department of Homeland Security (DHS), for all emails sent or received by Secretary Kristi Noem between June 29, 2025, and the present that contain the terms "CNN" and "ICEBlock".

This office received your request on 7/2/2025.

Due to the increasing number of FOIA requests received by this office, we may encounter some delay in processing your request.  Consistent with 6 C.F.R. Part 5 § 5.5(a) of the DHS FOIA regulations, the Department processes FOIA requests according to their order of receipt.  Although DHS' goal is to respond within 20 business days of receipt of your request, FOIA does permit a 10-day extension of this time period in certain circumstances pursuant to 6 C.F.R. Part 5 § 5.5(c).

Provisions of the FOIA allow us to recover part of the cost of complying with your request.  We shall charge you for records in accordance with the DHS FOIA regulations as they apply to commercial requesters.  As a commercial requester, you will be charged 10 cents per page for duplication, and for search and review time at the per quarter-hour rate ($4.00 for clerical personnel, $7.00 for professional personnel, $10.25 for managerial personnel) of the searcher and reviewer. You stated in your request that you are willing to pay assessable fees up to $25.00. This office will contact you before accruing any additional fees.

We have queried the appropriate component(s) of DHS for responsive records. If any responsive records are located, they will be reviewed for determination of releasability. Please be assured that one of the analysts in our office will respond to your request as expeditiously as possible. We appreciate your patience as we proceed with your request.

Your request has been assigned reference number 2025-HQFO-05375. Please refer to this identifier in any future correspondence.

If you have any questions, or would like to discuss this matter, please feel free to contact this office at 1-866-431-0486 or 202-343-1743.