# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FREEDOM OF THE PRESS FOUNDATION,<br><br>Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY, et al.,<br><br>Defendant. | Civil Action No. 25-3385 (AHA) |

## NOTICE OF SUBSTITUTION OF COUNSEL

The Clerk of the Court will please enter the appearance of Assistant United States Attorney Derrick A. Petit as counsel of record for the Defendants in the above-captioned case and remove Assistant United States Attorney John C. Truong as counsel for Defendants.

Date:   December 17, 2025

Respectfully submitted,

/s/ Derrick A. Petit
Derrick A. Petit, D.C. Bar 144466
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 252-1729

*Attorney for the Defendants*