UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Freedom of the Press Foundation**, <br><br> Plaintiff, <br><br> v. <br><br> **United States Department of Homeland Security**, *et al.*, <br><br> Defendants. | Case No. 1:25-cv-3385 (AHA) |

### [Proposed] Order

Before the Court is Defendants' Motion to Strike Complaint. Having considered the motion, Complaint, and Plaintiff's opposition to the motion, the Court DENIES the motion. Further, it is hereby ORDERED:

Defendants are to file their answer to the Complaint no later than seven (7) days from the date of this order, and the parties shall file a joint report to the Court within fourteen (14) days of this order addressing the status of Plaintiff's FOIA request, including the anticipated number of documents responsive to the request and the anticipated date(s) for release of the requested documents.

**IT IS SO ORDERED.**

Date: _____

_____
Amir H. Ali
United States District Judge