IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FREEDOM OF THE PRESS FOUNDATION,<br><br>    Plaintiff,<br><br>    v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY, et al.,<br><br>    Defendant. | Civil Action No. 25-3385 (AHA) |

**FIRST JOINT STATUS REPORT**

Pursuant to the Court's December 26, 2025 Minute Order, Plaintiff, Freedom of the Press Foundation, and Defendants the U.S. Department of Homeland Security ("DHS") and Department of Justice ("DOJ") (collectively, "the Parties"), by and through undersigned counsel, respectfully submit the following joint status report.

This case concerns Plaintiff's July 2, 2025 Freedom of Information Act, 5 U.S.C. § 552 ("FOIA") requests seeking emails related to a CNN story concerning an app called "ICEBlock" and statements reportedly made by the DHS Secretary regarding that app. *See* Compl. (ECF No. 1) ¶¶ 13,15. Plaintiff filed this action on September 24, 2025, *see id*. and Defendant filed its answer on January 2, 2026, *see* Answer (ECF No. 12).

**DHS Request.**

DHS reports the following: DHS conducted a comprehensive search of its files and did not locate any responsive records. DHS provided a final agency response on December 11, 2025, informing Plaintiff the search did not uncover any responsive records. On January 8, 2026, Plaintiff requested additional information regarding the scope and sufficiency of DHS's search for

responsive public records. DHS is still evaluating Plaintiff's questions and intends to respond by no later than January 15, 2026.

**DOJ Request.**

DOJ reports the following: DOJ completed its search and located no records responsive to Plaintiff's request. OIP issued its final determination on January 9, 2025. Plaintiff will be requesting information about the scope and sufficiency of DOJ's search for responsive public records.

**Next Steps**

The Parties intend to confer regarding Defendants' responses to FOIA requests in an effort to narrow or eliminate any issues requiring the Court's intervention and thus propose that they file a joint status report in 45 days, on or before February 23, 2026, to apprise the Court on the status of this case. Should the parties resolve this case prior to the next deadline, they will promptly notify the Court.

January 9, 2026

*/s/ Matthew S.L. Cate*
Matthew S.L. Cate (#1720435)
**Law Office of Matthew S.L. Cate**
101 Montgomery Street, Suite 900
San Francisco, CA  94104
Tel/Fax: 415-964-4400
matt@matthewcatelaw.com

*Counsel for Plaintiff*
*Freedom of the Press Foundation*

JEANINE FERRIS PIRRO
United States Attorney

*/s/ Derrick A. Petit*
Derrick A. Petit, D.C. Bar 144466
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 252-1729
Derrick.Petit@usdoj.gov

*Attorneys for the United States of America*