UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FREEDOM OF THE PRESS FOUNDATION,<br><br>        Plaintiff,<br><br>    v.<br><br>U.S. DEPARTMENT OF HOMELAND<br>SECURITY, et al.,<br><br>        Defendants. | Civil Action No. 25-3385 (AHA) |

## **DEFENDANTS' MOTION FOR ENLARGEMENT OF TIME**

Pursuant to Fed. R. Civ. P 6(b), by and through undersigned counsel, Defendants, respectfully move to extend the deadline for Defendants to file another joint status report from May 11, 2026 to June 1, 2026.

Pursuant to Local Civil Rule 7(m), the undersigned contacted Plaintiff by email concerning Plaintiff's position on the extension and Plaintiff consents to the extension. The grounds for this motion are as follows.

The undersigned attorney needs to attend to a personal family matter that has recently arisen and will be out of the office until May 27, 2026, to attend to that matter. Accordingly, Defendants request an extension to the above-referenced deadline. Of note, the undersigned is attempting to adjust all deadlines in his docket, even those that do not fall before May 27, 2026, in an effort to ensure the new deadlines do not coincide with each other.

- 2 -

This motion is filed in good faith and not for purposes of delay.  Defendants submits that granting this consent motion will not unduly prejudice Plaintiff, nor will it adversely affect this Court's orderly administration of this matter.

For these reasons, Defendants respectfully request that the Court grant this extension.

Dated: May 6, 2026

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney


By: */s/ Derrick A. Petit*
Derrick A. Petit, D.C. Bar No. 144466
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 252-7269
Derrick.Petit@usdoj.gov

*Attorneys for the United States of America*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FREEDOM OF THE PRESS FOUNDATION,

  Plaintiff,

  v.

U.S. DEPARTMENT OF HOMELAND
SECURITY, et al.,

  Defendants.

Civil Action No. 25-3385 (AHA)

## [PROPOSED] ORDER

UPON CONSIDERATION of Defendants' motion for an extension of time, and the entire record herein, it is hereby

ORDERED that motion is GRANTED, and it is further

ORDERED that Defendants shall have through and including June 1, 2026,  to file the joint status report.

SO ORDERED:

_____          _____
Date                       AMIR H. ALI
                           United States District Judge