IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| FREEDOM OF THE PRESS FOUNDATION,<br><br>Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY, et al.,<br><br>Defendant. | Civil Action No. 25-3385 (AHA) |

**FOURTH JOINT STATUS REPORT**

Pursuant to the Court's May 7, 2026 Minute Order, Plaintiff, Freedom of the Press Foundation, and Defendants the U.S. Department of Homeland Security ("DHS") and Department of Justice ("DOJ") (collectively, "the Parties"), by and through undersigned counsel, respectfully submit the following joint status report.

This case concerns Plaintiff's July 2, 2025 Freedom of Information Act, 5 U.S.C. § 552 ("FOIA") requests seeking emails related to a CNN story concerning an app called "ICEBlock" and statements reportedly made by the DHS Secretary regarding that app. *See* Compl. (ECF No. 1) ¶¶ 13,15.  Plaintiff filed this action on September 24, 2025, *see id*. and Defendant filed its answer on January 2, 2026, *see* Answer (ECF No. 12).

**DHS Request.**

DHS reports the following: DHS conducted a supplemental search based on suggested parameters provided by the Plaintiff.  DHS produced the responsive records on May 28, 2026.

**DOJ Request.**

Pursuant to the Court's March 28, 2026 Minute Order, the parties met and conferred on April 3, 2026 at 11:00am to discuss the following questions raised by Plaintiff regarding DOJ's search.

(1) which email account(s) used by the Attorney General have been searched for responsive records and

(2) how the DOJ's search accounted for any attachments to emails that may not be text-searchable (*e.g.*, image-only PDFs or password-protected documents).

In response, DOJ noted the following.

(1) On February 24, 2026, DOJ stated: "Plaintiff's request sought "email of Attorney General Pam Bondi." As stated previously, OIP [DOJ] searched the Attorney General's official email account; i.e., her DOJ email account." During the April 3, 2026 meeting, DOJ explained its position is that employees are presumed to use their official DOJ emails for business purposes, if using other emails, forward those to the business email. Absent an indication that the employee did not follow this procedure, which Plaintiff has not provided, there's no need to confirm the existence of other emails.

(2) On April 23, 2026, in response to Plaintiff's technical questions, DOJ stated the following: OIP can confirm that OCR was enabled for this search. OIP can confirm the Department, including the Attorney General, does not use Microsoft Purview Message Encryption custom branding template. As we previously provided, OIP's searches account for attachments of non-searchable text through a process called Advanced Indexing, which re-processes anything flagged as "non-searchable." Part

of the quality check process is to review processing errors to ensure that everything is processed.

On April 27, 2026, shortly before the undersigned went on his extended leave, Plaintiff posed further questions, based on their online research of the Microsoft platform.

DOJ reports the following: On June 1, 2026, OIP provided answers to Plaintiff's questions posed on April 27, 2026.

**Next Steps**

The Parties continue to confer regarding Defendants' responses to FOIA requests in an effort to narrow or eliminate any issues requiring the Court's intervention and thus propose that they file a joint status report in approximately 45 days, on or before July 16, 2026, to apprise the Court on the status of this case.  Should the parties resolve this case prior to the next deadline, they will promptly notify the Court.

June 1, 2026

*/s/ Matthew S.L. Cate*
Matthew S.L. Cate (#1720435)
**Law Office of Matthew S.L. Cate**
101 Montgomery Street, Suite 900
San Francisco, CA  94104
Tel/Fax: 415-964-4400
matt@matthewcatelaw.com

*Counsel for Plaintiff*
*Freedom of the Press Foundation*

JEANINE FERRIS PIRRO
United States Attorney

*/s/ Derrick A. Petit*
Derrick A. Petit, D.C. Bar 144466
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 252-1729
Derrick.Petit@usdoj.gov

*Attorneys for the United States of America*