IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FREEDOM OF THE PRESS FOUNDATION,

Plaintiff,

v.

U.S. DEPARTMENT OF HOMELAND
SECURITY, et al.,

Defendants.

Civil Action No. 25-3385 (AHA)

**NOTICE OF APPEARANCE**

The Clerk of the Court will please enter the appearance of Assistant United States

Attorney Jeremy S. Simon as counsel for Defendants in the above captioned case.

Respectfully submitted,

_____/s/_____
JEREMY S. SIMON, D.C. BAR #447956
Assistant United States Attorney
601 D. Street, N.W.
Washington, D.C. 20530
(202) 252-2528
Jeremy.Simon@usdoj.gov

*Counsel for the United States of America*