IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FREEDOM OF THE PRESS FOUNDATION,<br><br>Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY, et al.,<br><br>Defendants. | Civil Action No. 25-3385 (AHA) |

**JOINT STATUS REPORT**

Pursuant to the Court's July 20, 2026 Minute Order, Plaintiff, Freedom of the Press Foundation, and Defendants the U.S. Department of Homeland Security ("DHS") and Department of Justice ("DOJ") (collectively, "the Parties"), by and through undersigned counsel, respectfully submit the following joint status report.

This case concerns Plaintiff's July 2, 2025 Freedom of Information Act, 5 U.S.C. § 552 ("FOIA") requests seeking emails related to a CNN story concerning an app called "ICEBlock" and statements reportedly made by the DHS Secretary regarding that app. See Compl. (ECF No. 1) ¶¶ 13,15. Plaintiff filed this action on September 24, 2025, see id. and Defendant filed its answer on January 2, 2026, see Answer (ECF No. 12).

As previously stated in the last status report, Plaintiff made a proposal for resolving this matter without further litigation. Defendants are finalizing their review of that proposal and anticipate being in a position to respond by September 14, 2026.

The parties propose that they file a further status report within 45 days, or by October 15, 2026, if a stipulation of dismissal has not been filed by that date.

Dated: August 31, 2026

_/s/ Matthew S.L. Cate_
Matthew S.L. Cate (#1720435)
Law Office of Matthew S.L. Cate
101 Montgomery Street, Suite 900
San Francisco, CA 94104
Tel/Fax: 415-964-4400
matt@matthewcatelaw.com
*Attorneys for Plaintiff*

JEANINE FERRIS PIRRO
United States Attorney

By: _/s/ Jeremy S. Simon_
Jeremy S. Simon, D.C. Bar #447956
Derrick A. Petit, D.C. Bar #144466
Assistant United States Attorneys
601 D Street, NW
Washington, DC 20530
(202) 252-2528
(202) 252-1729
Jeremy.Simon@usdoj.gov
Derrick.Petit@usdoj.gov

*Attorneys for the United States of America*